**Order entered November 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00432-CV

### DALLAS COUNTY SCHOOLS, Appellant

### V.

### PAUL GREEN, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09857**

## ORDER

We **GRANT** appellant's October 30, 2014 unopposed second motion for an extension of

time to file a brief.  Appellant shall file its brief by **November 13, 2014**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE